# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE, | Case No. 2:23-cv-00444-SVW-JC |
| Plaintiff, | Hon. Stephen V. Wilson |
| v. | |
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., | **ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| Defendants. | |

Based on the stipulation of Plaintiff, California Spine and Neurosurgery Institute, defendant Operating Engineers Health and Welfare Trust Fund, and defendant Anthem Blue Cross Life and Health Insurance Company (collectively "Parties"),

IT IS HEREBY ORDERED as follows:

1. The above-entitled action, Case No. 2:23-cv-00444-SVW-JC shall be dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1); and

1      2.  Each party shall bear its own costs and fees.

2  **IT IS SO ORDERED.**

3

4  Dated: August 23, 2023                    _____

5                                             Hon. Stephen V. Wilson
                                              Judge, United States District Court